

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  JAMIE MICKELSON
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336 / FAX: (702) 388-5087
   Jamie.Mickelson@usdoj.gov
6
   *Attorneys for the United States*
7
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

9  | IN THE MATTER OF THE SEARCH OF: | Case No. 2:20-mj-00116-DJA |

10 Motion to Unseal

**Black IPhone**
11 **IMEI: 354847096164872**

12 that is presently stored at a premises controlled by the United States Secret Service, Las Vegas Field Office
13

14

15 IN THE MATTER OF THE SEARCH OF:   Case No. 2:20-mj-00117-DJA

16 **Silver IPhone S, Model A1688**    Motion to Unseal
   **IMEI: 356141096649316**

17

18 that is presently stored at a premises controlled by the United States Secret Service, Las Vegas Field Office
19

20

21

22

23

24

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**IPhone, Model A1660**<br>**IMEI: 355312084332162**<br><br>that is presently stored at a premises controlled by the United States Secret Service, Las Vegas Field Office | Case No. 2:20-mj-00118-DJA<br><br>Motion to Unseal |

The United States of America, by Nicholas Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, herby moves this Court for an Order to unseal the above captioned case numbers.

This search warrants were authorized by Honorable Daniel J. Albregts, United States Magistrate Judge, District of Nevada, on February 12, 2020, and sealed at that time to protect the integrity of an ongoing investigation. On August 5, 2020, a grand jury in the District of Nevada returned a ten-count indictment against Juan Luis Sosa Tamayo and others in case number 2:20-cr-00194-JAD-DJA.

Accordingly, the need for sealing no longer exists, and the Government seeks to unseal the above captioned matters so that documents can be provided in discovery.

DATED this 13th day of August, 2020.

Nicholas Trutanich
United States Attorney

*/s/ Jamie Mickelson*
Jamie Mickelson
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**Black IPhone**<br>**IMEI: 354847096164872**<br><br>that is presently stored at a premises controlled by the United States Secret Service, Las Vegas Field Office | Case No. 2:20-mj-00116-DJA<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matters and all documents filed therein are unsealed.

This ___13th___ day of August, 2020.

IT IS SO ORDERED:

_____
THE HONORABLE DANIEL J. ALBERGTS
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**Silver IPhone S, Model A1688**<br>**IMEI: 356141096649316**<br><br>that is presently stored at a premises controlled by the United States Secret Service, Las Vegas Field Office | Case No. 2:20-mj-00117-DJA<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matter and all documents filed therein are unsealed.

This __13th__ day of August, 2020.

IT IS SO ORDERED:

_____
THE HONORABLE DANIEL J. ALBERGTS
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**IPhone, Model A1660**<br>**IMEI: 355312084332162**<br><br>that is presently stored at a premises controlled by the United States Secret Service, Las Vegas Field Office | Case No. 2:20-mj-00118-DJA<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matters and all documents filed therein are unsealed.

This __13th__ day of August, 2020.

IT IS SO ORDERED:

_____
THE HONORABLE DANIEL J. ALBERGTS
UNITED STATES MAGISTRATE JUDGE

5